UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 3:03CR7(2) |
| | § | |
| CHARLES EDWARD ARMSTRONG | § | |

**MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The above-entitled and numbered criminal action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration as well as the Magistrate Judge's oral recommendations made at the revocation hearing. Defendant has filed objections to the Magistrate Judge's report and recommendations. The Court has conducted a *de novo* review.

Defendant's objections are without merit. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court except as stated at the hearing. It is, therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court except as stated at the hearing. It is further

**ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is further

**ORDERED** that Defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a period of twelve months and one day, to run consecutively with the state sentence imposed in Lamar County Case No. 22482, with no supervised release to follow. It is further

**REQUESTED** that Defendant be allowed to participate in any available drug rehabilitation program for which he may be eligible.

**So ORDERED and SIGNED this 14th day of August, 2008.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**